# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Rosilda Rodríguez Gutiérrez
v.
American Honda Motor Co., Inc.

CASE NUMBER: 97-1132 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8.17.99    **Docket #33**<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Notice of conflict | Noted. The jury trial scheduled for September 13, 1999, is hereby continued. A status conference will be held in this case on **September 13, 1999**, at 3:00 p.m. The parties shall come to the conference prepared to choose a new trial date.<br>   Attorney Benjamin Reid is granted leave to appear at the conference via telephone. |

Date 9-2-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:

