UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. HECTOR M. LAFFITTE**

<u>MINUTES OF PROCEEDINGS</u>                    DATE: September 13, 1999

CIVIL CASE NO.97-1132 (HL)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

===================================================================

| | |
|---|---|
| Rosalinda Rodriguez Gutierrez | Attys: Renato Barrios, Esq. |
| Plaintiff | |
| VS. | |
| American Honda Motor Co., Inc. | Hector Cuebas Tañon and B. Reed (tel. conf.) |
| Defendant | |

A Status Conference was held with all counsel and with Counsel B. Reed thru a telephone conference. Because the parties have notified the Court that case cannot be settled and upon agreement of all parties, **a firm trial date is hereby set on January 24, 2000 at 9:00 A.M.** If co-counsel from Florida is unable to appear at the date for trial, substitute counsel is to be assigned to try this case. The Court further knows that defendant is also being represented by local counsel.

                                            _/s/ Minerva Figueroa_
                                            COURTROOM DEPUTY CLERK

s/cs to counsel (3)