UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Rosilda Rodríguez Gutiérrez
v.
American Honda Motor Co., Inc.

CASE NUMBER: 97-1132 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.13.00   **Docket #36**<br>[x] Plffs   [x] Defts   [ ] Other<br>**Title:** Stipulation for order of dismissal with prejudice | Granted and approved. Judgment shall be entered dismissing this case with prejudice. |

Date 1-14-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

37